AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Central District of California

| | | |
|---|---|---|
| Albert Beattie | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. CV10-05520 JAK (FMOx) |
| City of Arroyo Grande, et al. | ) | |
| *Defendant* | ) | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the **plaintiff** *(name)* _____ recover from the
**defendant** *(name)* _____ the amount of
_____ dollars ($ _____ ), which includes prejudgment
interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☑ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)*
Susan Saxe-Clifford, Ph.D.    recover costs from the plaintiff *(name)*   Albert Beattie   _____ .

☐ other:

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge   John A. Kronstadt   on a motion for summary judgment pursuant to F.R.C.P. 56.

Date: April 2, 2012

CLERK OF COURT

*[signature]*

*Signature of Clerk or Deputy Clerk*

Andrea Keifer,
Courtroom Deputy Clerk to
John A. Kronstadt, United States
District Judge