AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Central District of California

| Albert Beattie | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Civil Action No. CV10-05520 JAK (FMOx) |
| City of Arroyo Grande, et al. | ) |
| *Defendant* | ) |

## JUDGMENT IN A CIVIL ACTION
**AMENDED**

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of ____ %, plus post judgment interest at the rate of ____ % per annum, along with costs.

☑ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* Steven N. Annibali and Susan Saxe-Clifford, Ph.D recover costs from the plaintiff *(name)* Albert Beattie

☑ other: The Judgment entered on April 2, 2012 (Dkt. 160) is stricken.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge John A. Kronstadt on a motion for summary judgment pursuant to F.R.C.P. 56.

Date: April 2, 2012

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*

Andrea Keifer,
Courtroom Deputy Clerk to
John A. Kronstadt, United States
District Judge